IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STEVEN MARTINEZ,

        Plaintiff,                         Civil Action No. 1:22-CV-00185-KG-KK

vs.

QUAIL RUN ASSOCIATION, INC., and
DALE STETSON, former General Manager of
Quail Run, individually and in his own capacity.

        Defendants.

### STIPULATED ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER has come before the Court upon Plaintiff's and Defendants' Joint Motion to Dismiss with Prejudice. The Court, having considered the Motion, hereby FINDS that the Joint Motion to Dismiss with Prejudice should be GRANTED.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that: Plaintiff's Second Amended Complaint for Damages [Doc. 18] is hereby dismissed with prejudice, and all claims brought or that could have been brought against Defendants in the above-captioned cause of action are dismissed in their entirety, with prejudice.

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

Submitted by:

**JENNINGS HAUG KELEHER McLEOD LLP**

By: */s/ Cassandra R. Malone*
   Cassandra R. Malone
   Ryan M. Walters
   Lidiya I. Bayliyeva
   201 Third Street N.W., Suite 1200
   Albuquerque, New Mexico 87102
   Phone: (505) 346-4646
   crm@jhkmlaw.com
   rmw@jhkmlaw.com
   lib@jhkmlaw.com
   *Attorneys for Defendants*

Approved by:

**LAW OFFICE OF GEORGE GERAN**

By: *Approved via e-mail May 3, 2023*
   George Geran, Esq.
   214-A Rabbit Road
   Santa Fe, New Mexico 87508
   Phone: (505) 983-1085
   Fax:   (505) 955-1941
   geranlaw@aol.com
   *Attorney for Plaintiff*